**Jeffrey STIDMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82770.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 6, 2004.

Ace Electric Laboratory System."

Edward S. Thompson, St. Louis, MO, for appellant.

Andrea K. Spillars, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Jeffrey Stidman appeals the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing.

We have reviewed the parties' briefs and the record on appeal and find no error of law. The trial court's findings of fact are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).